UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MID-SOUTH AG EQUIPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WACKER NEUSON SALES AMERICAS, LLC, <br><br> Defendant. | Case No. 2:20-cv-01899 |

**DEFENDANT WACKER NEUSON SALES AMERICAS, LLC'S MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT Defendant Wacker Neuson Sales Americas, LLC ("Wacker Neuson"), by and through its attorneys, Godfrey & Kahn, S.C., hereby moves the Court to dismiss the Complaint (Dkt. #1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim against Wacker Neuson upon which relief can be granted. The Complaint fails to sufficiently allege facts necessary to state claims. The Complaint against Wacker Neuson should therefore be dismissed.

This Motion is based on the supporting Memorandum; all pleadings and papers on file in this action; and such other written and oral argument as may be presented to the Court.

Dated this 17th day of February, 2021.

                    By: */s/ Matthew M. Wuest*
                         John L. Kirtley
                         State Bar No. 1011577
                         Matthew M. Wuest
                         State Bar No. 1079834
                         Nicholas Bezier
                         State Bar No. 1101618

*Attorneys for Defendant Wacker Neuson Sales Americas, LLC*

P.O. ADDRESS:
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
Email: jkirtley@gklaw.com
Mwuest@gklaw.com
nbezier@gklaw.com