UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MID-SOUTH AG EQUIPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WACKER NEUSON SALES AMERICAS, LLC, <br><br> Defendant. | Case No. 2:20-cv-01899 |

**DEFENDANT WACKER NEUSON SALES AMERICAS, LLC'S MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT Defendant Wacker Neuson Sales Americas, LLC ("Wacker Neuson"), by and through its attorneys, Godfrey & Kahn, S.C., hereby moves the Court to dismiss Count II of the Amended Complaint (Dkt. No. 16) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim against Wacker Neuson upon which relief can be granted. The Amended Complaint fails to sufficiently allege facts necessary to state a claim for common law misrepresentation or fraud. Count II of the Amended Complaint against Wacker Neuson should therefore be dismissed.

This Motion is based on the supporting Memorandum; all pleadings and papers on file in this action; and such other written and oral argument as may be presented to the Court.

Dated this 31st day of March, 2021.

                    By: */s/ Matthew M. Wuest*
                        John L. Kirtley
                        State Bar No. 1011577
                        Matthew M. Wuest
                        State Bar No. 1079834
                        Nicholas Bezier
                        State Bar No. 1101618

*Attorneys for Defendant Wacker Neuson Sales Americas, LLC*

P.O. ADDRESS:
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
Email: jkirtley@gklaw.com
Mwuest@gklaw.com
nbezier@gklaw.com