UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MID-SOUTH AG EQUIPMENT, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>WACKER NEUSON SALES AMERICAS, LLC, <br><br>　　　　Defendant. | Case No. 2:20-cv-01899 |

# STIPULATED MOTION FOR SUBSTITUTION OF DEFENDANT WACKER NEUSON SALES AMERICAS, LLC

Plaintiff, Mid-South Ag Equipment, Inc. ("Mid-South") and Defendant, Wacker Neuson Sales Americas, LLC, through the undersigned counsel, hereby submit this stipulated motion to substitute Wacker Neuson America Corporation for Defendant Wacker Neuson Sales Americas, LLC. As grounds for the motion, the parties stipulate and state as follows:

1.　On December 23, 2020, Mid-South filed a complaint naming Wacker Neuson Sales Americas, LLC as the Defendant in this action. Wacker Neuson Sales Americas, LLC was the correct party in interest at the time the Complaint was filed.

2.　On December 31, 2020, Wacker Neuson Sales Americas, LLC merged with Wacker Neuson America Corporation. Wacker Neuson Sales Americas, LLC is the non-survivor entity following the merger.

3.　Under Rule 25(c) of the Federal Rules of Civil Procedure, this Court has the authority to order the substitution of one party where a transfer of interest occurs.

4.　It would facilitate the conduct of the litigation to substitute Wacker Neuson America Corporation for Wacker Neuson Sales Americas, LLC. The Court's substitution order

would simplify and clarify the identity of the parties for further pleadings and briefing and therefore facilitate the conduct of the litigation.

WHEREFORE, the Court should exercise its discretion under Rule 25(c) of the Federal Rules of Civil Procedure to substitute Wacker Neuson America Corporation for Wacker Neuson Sales Americas, LLC.

Dated this 1st day of April, 2021.

| | |
|---|---|
| By: */s/ Peter T. Sandvick*<br>   Joseph L. Olson<br>   State Bar No. 1046162<br>   Marie G. Bahoora<br>   State Bar No. 1092689<br>   Peter T. Sandvick<br>   State Bar No. 1114549<br><br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI  53202<br><br>Phone: 414-271-6560<br>Fax: 414-277-0656<br>Email: jlolson@michaelbest.com<br>mgbahoora@michaelbest.com<br>ptsandvick@michaelbest.com<br><br>*Attorneys for Plaintiff Mid-South Ag Equipment, Inc.* | By: */s/ Matthew M. Wuest*<br>   John L. Kirtley<br>   State Bar No. 1011577<br>   Matthew M. Wuest<br>   State Bar No. 1079834<br>   Nicholas Bezier<br>   State Bar No. 1101618<br><br>GODFREY & KAHN, S.C.<br>833 East Michigan Street, Suite 1800<br>Milwaukee, WI 53202-5615<br><br>Phone:  414-273-3500<br>Fax:  414-273-5198<br>Email:  jkirtley@gklaw.com<br>Mwuest@gklaw.com<br>nbezier@gklaw.com<br><br>*Attorneys for Defendant Wacker Neuson Sales Americas, LLC* |